[No. 3973–1–III. Division Three. December 22, 1981.]

JESS R. ALBERT, *Appellant,* v. DONALD HEINEN, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 23895, Fred R. Staples, J., entered May 7, 1980. *Affirmed* by unpublished opinion per Roe, A.C.J., concurred in by Green and Munson, JJ.

[No. 4000–0–II. Division Two. December 23, 1981.]

*In the Matter of the Marriage of* ROSEMARIE MYHRE, *Respondent, and* ERVIN W. MYHRE, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 268964, Waldo F. Stone, J., entered March 8, 1979. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Petrie, A.C.J., and Pearson, J.

[No. 4520–6–II. Division Two. December 23, 1981.]

ANTHONY WARTENBE, *Appellant,* v. STATE FARM INSURANCE COMPANY, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 283745, Thomas R. Sauriol, J., entered January 11, 1980. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Petrie, A.C.J., and Pearson, J.

[No. 4016–0–III. Division Three. December 23, ¶1981.]

FINANCIAL INDEMNITY COMPANY, *Appellant,* v. RANDY S. SKEIM, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 79–2–08267–2, Donald N. Olson, J., entered June 9, 1980. *Affirmed* by unpublished opinion per Pearson, J., concurred in by McInturff, C.J., and Green, J.